# United States Bankruptcy Court
# Middle District of North Carolina

## CERTIFICATE OF READINESS AND COMPLETION OF RECORD
Notice of Appeal

**IN RE:** Bankruptcy Case No: 17-11413
Adversary No.: 18-02010
Case Title: DFWMM Holdings, LLC, vs. Dennis Richmond, Proponent Federal Credit Union

TO: CLERK, US DISTRICT COURT
(newcases@ncmd.uscourts.gov)

Appellant(s): DFWMM Holdings, LLC

Attorney of Record for Appellant(s): Samuel Pinero, II, Oak City Law, LLP, 115 Market Street, Suite 221, Durham, NC 27701

(919) 899-9655

Appellee(s): Dennis Richmond

Attorney of record for Appellee(s): Kenneth M. Johnson, 701 E. Market St., P.O. Box 21247, Greensboro, NC 27420
(336) 272-8273

Trustee: Gerald S. Schafer, 220 Commerce Place, Greensboro, NC 27401

(336) 273-9309

Debtor/Attorney for Debtor: Kenneth M. Johnson, 701 E. Market St., P.O. Box 21247, Greensboro, NC 27420

(336) 272-8273

Bankruptcy Administrator: William P. Miller, Bankruptcy Administrator, 101 South Edgeworth Street, Greensboro, NC 27401

(336) 358-4170

The undersigned Deputy Clerk of the U.S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission. The Statement of Issues and Designation of Record have been filed.

I hereby certify that a copy of this certificate was served on the above listed attorneys and the Debtor on this date.

REID WILCOX
Clerk, U.S. Bankruptcy Court

DATE: September 17, 2019      BY: Christine P. Hamrick
_____
Deputy Clerk